# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00487-CV

**Public Utility Commission of Texas; Donna Nelson, individually
and in her official capacity as Chairman; and Kenneth Anderson, Jr., individually
and in his official capacity as Commissioner, Appellants**

**v.**

**CenturyTel of San Marcos, Inc., d/b/a CenturyLink; CenturyTel of Lake Dallas, Inc.,
d/b/a CenutryLink; and CenturyTel of Port Aransas, Inc., d/b/a CenturyLink, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-13-001927, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to abate this appeal pending settlement negotiations. We grant the motion and abate the appeal until May 30, 2014. If the parties have finalized a settlement by that date, they are instructed to file a motion to dismiss in accordance with the settlement agreement. If the parties have not finalized a settlement by that date, they are instructed to file a report informing this Court of the status of the settlement negotiations. All appellate deadlines will be tolled during the period of abatement.

_____

Scott K. Field, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Abated

Filed:  February 12, 2014